IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Cox, Dewayne

Printed: 6/24/08

Case Number: 07 B 19839
Judge: Squires, John H
Filed: 10/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 14, 2008
Confirmed: December 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 750.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 709.50 |
| Trustee Fee: |  | 40.50 |
| Other Funds: |  | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 709.50 |
| 2. | Regional Acceptance | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 10,264.67 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 644.90 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 90.34 | 0.00 |
| 6. | Fairlane Credit L.L.C. | Unsecured | 1,002.33 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 1,902.92 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 79.93 | 0.00 |
| 9. | Sallie Mae | Unsecured | 616.04 | 0.00 |
| 10. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 11. | State Disbursement Unit IDPA | Priority |  | No Claim Filed |
| 12. | Creditors Alliance Inc | Unsecured |  | No Claim Filed |
| 13. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 14. | Audit Systems | Unsecured |  | No Claim Filed |
| 15. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 16. | First Premier | Unsecured |  | No Claim Filed |
| 17. | H&F Law | Unsecured |  | No Claim Filed |
| 18. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 19. | CCA | Unsecured |  | No Claim Filed |
| 20. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 21. | Check Into Cash | Unsecured |  | No Claim Filed |
| 22. | Tex Collect/Colection Agency | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cox, Dewayne | Case Number: 07 B 19839 |
|---|---|
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 10/25/07 |

| | | | |
|---|---|---|---|
| 26. T Mobile USA | Unsecured | | No Claim Filed |
| 27. LaSalle Bank NA | Unsecured | | No Claim Filed |
| 28. Comcast | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 18,065.13 | $ 709.50 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.50 |
| | _____ |
| | $ 40.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____